NUMBER 13-08-00447-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN THE INTEREST OF B. C. C., A CHILD

_____________________________________________________________


On appeal from the 24th District Court of Jackson County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yanez, Garza, and Vela


Memorandum Opinion Per Curiam


 The appellant perfected an appeal from a judgment terminating parental rights or
conservatorship. On July 28, 2008, the Clerk of this Court notified appellant that the clerk's
record in the above cause was originally due on July 21, 2008, and that the district clerk,
Sharon Mathis, had notified this Court that appellant failed to make arrangements for
payment of the clerk's record. The Clerk of this Court notified appellant of this defect so
that steps could be taken to correct the defect, if it could be done. See Tex. R. App. P.
37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this notice, the appeal would be dismissed for want of
prosecution. 

 Appellant has failed to respond to this Court's notice. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 

 

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 30th day of October, 2008.